UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 2:97 CR 168 |
| | ) | |
| **ROBERT A. GAUGHAN** | ) | |

## OPINION AND ORDER

Defendant Robert A. Gaughan filed a motion requesting the transcripts of the evidentiary hearing held on his 28 U.S.C. § 2255 motion (DE # 690), and an accompanying petition for leave to proceed *in forma pauperis* (DE # 691). Gaughan claims he needs the transcripts to pursue the habeas corpus petition he filed, pursuant to 28 U.S.C. § 2241, in the United States District Court for the Eastern District of Arkansas. (DE # 690; DE # 690-2.)

Gaughan's motions are misdirected. 28 U.S.C. § 2250 indicates that a habeas corpus petitioner may seek transcripts or other documents from "any court of the United States" but only "as may be required by order of the judge before whom the application is pending." 28 U.S.C. § 2250. Gaughan's section 2241 habeas petition is, apparently, before a judge in the Eastern District of Arkansas, not this court. Accordingly, if Gaughan wants a free copy of the transcripts of the hearing on his section 2255 petition in this court, he needs to request an order from the judge in the Eastern District of Arkansas that is considering his section 2241 petition. *See* 28 U.S.C. § 2250; *United States v. Newsome*, 257 F. Supp. 201, 203 (N.D. Ga. 1966) (applying section

2250 and denying records request of habeas petitioner whose petition is pending in another court); *Application of Pruitt*, 119 F. Supp. 737 (W.D.S.C. 1954) (same).

Therefore, Gaughan's motion for transcripts (DE # 690) and his *in forma pauperis* petition (DE # 691) are both **DENIED.**

                                              **SO ORDERED.**

**DATED**: July 24, 2009

                                      s/James T. Moody
                                      JUDGE JAMES T. MOODY
                                      UNITED STATES DISTRICT COURT